428 A.2d 266

Commonwealth v. Rogers, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for

614

appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Affirmed.